UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
ODETTA GREY,

                 Plaintiff,

   -against-

FRESH DIRECT, INC.,

                Defendant.
----------------------------------------------------------------- X

06-CV-1182 (ARR)(LB)

NOT FOR ELECTRONIC
OR PRINT
PUBLICATION

OPINION AND ORDER

ROSS, United States District Judge:

The court has received the Report and Recommendation on the instant case dated February 22, 2007, from the Honorable Lois Bloom, United States Magistrate Judge. No objections have been filed. Having conducted a de novo review of the record, the court hereby adopts the Report and Recommendation, in its entirety, as the opinion of the court pursuant to 28 U.S.C. § 636(b)(1).

Accordingly, the court dismisses the action with prejudice. The Clerk of the Court is directed to enter judgment accordingly.

SO ORDERED.

                                               /S/
                                           _____
                                           Allyne R. Ross
                                           United States District Judge

Dated: March 15, 2007
       Brooklyn, New York

SERVICE LIST:

*Plaintiff:*
Odetta Grey
777 St. Marks Place
Apt. #6G
Brooklyn, NY 11213

*Counsel for Defendant:*
William Patrick McLane
Littler Mendelson, P.C.
One Gateway Center
Third Floor
Newark, NJ 07102-5311

cc:    Magistrate Judge Bloom